United States District Court of Eastern District of Tennessee At Knoxville.

X Mr. Marcus Avery #639164.
Pro se \ plaintiff.,　　　Civil Suit
　　　　　　　　　　　　Case # 3:24mc1
　　Vs.,　　　　　　　　Collier/McCook
Morgan County Warden., Mike Parris
　　et al,
Defendants.　　　　　　Motion., T.C.A. § 41-21-806 at
　　　　　　　　　　　　(C.) area.

Page # 1 of 2.

Thus Come(s) the above pro se plaintiff Mr. Avery seek's that this U.S. district court clerk to order (an). review & Apply by the Law under entry of the open Motion → § 41-21-806 Review by grievance Committe at (C.) area., if a claim is filed before the grievance procedure is complete the court Shall Stay the proceeding with respect to the claim for a period not to exceed Ninety (90). Days to permit Completion of the grievance procedue.

As the Morgan County main grievance staff Never once Made (an). attemp'ed to Answer the plaintiff Title VI grievance complaint Build on Discrimination Based on plaintiff Race, & use of force abuse also Breach-of-Security & The failure-to-protect error(s) Which clause cruel & unusual punishment Therefore relief was Never allow'ed under The Tdoc policy index # 501.01 Inmate grievance Procedures thus The Main entry of This Motion

Page # 2 (of) 2  Motion T.C.A § 41-21-806 at (c)) area. Shall allow This court To move ahead forth upon mailing [an] Notice To The Morgan County Head Warden. Mike parris . inorder To contact His title YI Coordinator AWT. Stacy oakes . inorder To able (an) full Title YI investigation complaint reply answer within Tdoc policy index #103.10 entry as This would not cause a violation against pro se plaintiff mr. Marcus Avery . said Tdoc #639164 . Due process of law rights which stands under The 1st Amendment Made by His freedom - of - spheech * were This motion is fair notice upon giveing fair review inorder for All Defendant(s) Must apply Tdoc policy index #501.01 To process each 1 Thru 3 Level(s) Which The law allow(s). There by The law will not allow any unfair ruleing(s) against false entry(s) made by (Inappriate) Title YI grievance(s) as 90 days will state it's relief once The file completion of The grievance procedure . (end).

- Certificate - of - service -

I, Mr. Marcus Avery #639164 hereby The foregoing motion Has Been sent To by postage mail entry only as on 27th Day of Dec 27th 20.23 ;

To The Main Commissioner. Mr. frank STrada at Address. 6th Floor Rachel Jackson Building 320 Sixth Ave North Nashville, TN 37243.)

Title VI Civil Rights
Act of 1964 Complaint To FAWSD
Stacy Oakes
Title VI Coordinator

2024 JAN -2 AM 8:32
US DISTRICT COURT
EASTERN DIST. TENN.

# TENNESSEE DEPARTMENT OF CORRECTION
Page # 1 (of) 3 **INMATE GRIEVANCE**

**NAME:** Mr. Marcus Avery
**NUMBER:** #639164
**INSTITUTION & UNIT:** M.C.C.X

**DESCRIPTION OF PROBLEM:** On Apxx Dec 8th 2023 at timeline 6:55 A.M I was pulled at my cell 24C/pod cell #107 To go To Morning Rec Max Cage area review →

**REQUESTED SOLUTION:** AWT Stacy oakes Provide (an) full Title VI investigation Complaint Answer under T.C.A §41-1-104 Warden Powers duties at (D.J.) uphold a fair answer.

**Signature of Grievant:** x Mr. Marcus Avery
**Date:** 12/27th/2023

====================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____  _____  _____
Grievance Number   Date Received   Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____
AUTHORIZED EXTENSION: _____
New Due Date                    Signature of Grievant

====================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____  CHAIRPERSON: _____

Do you wish to appeal this response? ___ YES  ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____  _____  _____
GRIEVANT          DATE            WITNESS

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                                          Page 1 of 2                                         RDA 2244



DESCRIPTION OF PROBLEM: The rec cage Viconnet Video system pin-point Both C/o's Branden Bunch & Sean Crabtree along C/o Smith was Trying To force my self inside a un'Authorize redline rec cage That is wide open'ed from cage #5 unTo cage #6 inorder To allow (an) care'less attack I ask if i could just go Back unTo my cell inorder To prevent This attack against my personal safety. So once i was being sent Back into 24C pod from The recyard area Apxx around 7:03 A.M. polater 7:06 A.M. after Being place back inside my cell 24C cell #107 The Viconnet Video system will show i was standing in front of my cell door with Handcuff's behind me. as all (3) C/o's above start calling me Hatefuly name(s) as C/o Smith said "shaky Black Bitch" "u Runing in tear Nigga Boi Behind This Door" on Max / PC & pushed The cell Door in my face were The Viconnet Video system will provide This error(s). along He made The attemp'ed To only Take one hand cuff off with His other hand pulling on my risk which was still hand cuffed. I Told Him MAN why are you going out your way To cluase Harm against my well being look at my risk man. That's when C/o Sean Crabtree is seen on Viconnet Video system saying Nigga u Aint seen No pain Boi This is pain start To get under color of state law To violated The Teenessee law within T.C.A.S. 41-1-103 officers & employees, oaths & affirmations along (c) are a The Violation of This oath By any of The officers or employees shall Be perjury punishable as inorder cases of perjury. as C/o Sean Crabtree is on Tape unlawfuly slaming The Metal pie-flap (3) Times on my Left arm area real Hard (Back To Back) out of motivated By evil motive or false intent inorder To clause physical pain This open The Door To C/o Sean Crabtree abuse after the fact of Baby Harm once He use'd His pepper spray in my face area + Nose + Mauth area(s). This was Done Thru The Door pie Flap was addition To pain & risk of injury To Establish (an) clear error against The Eight Amendment ⟶

Distribution Upon Final Resolution:
White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                Page 2 of 2                RDA 2244
Case 3:24-mc-00001-CLC-JEM   Document 1   Filed 01/02/24   Page 4 of 7   PageID #: 4



DESCRIPTION OF PROBLEM: Violation fo (Use of Force.) as its upon the face of the record under the Viconnet Video System that C/O Sean Crabtree did use'd His MK-3 Chemical Agents which is Pepperspray. Therefore my self → Mr. Marcus Avery was never giveing anykind of Medical care after this malicious sadistic use of force abuse which Has Clause Extreme Conduct By Custodians That causes (Severe emotional distress) Thus By the Scope of Eighth Amendment protection is broader than the mere infliction of physical pain." → Because the Viconnet Video System Evidence of fear, mental anguish & misery can establish the requisite injury for (an) Eighth Amendment Claim. as Covers By law Tdoc policy index # 103.10 Title VI Civil Rights Act of 1964 at page (#2) VI procedures (C) → All such complaints must be filed within 180 days of the occurrence of the alleged discriminatory act. Thus under (C)(#1) → To initiate a complaint alleging discrimination under Title VI. All Title VI allegations shall be entered on Tomis By the institutional grievance chairperson & Flagged as a Title VI allegation. Community supervised offenders shall utilize the Community supervision offender grievance procedures see → (policy #705.07) All Title VI Complaints shall be forwarded to the central office Title VI coordinator for review before the complaint is considered resolved. The same apply under (C)(#2) area. Wereby this grievance shall go Befor the Head Tdoc. Said Commissioner, Mr. Frank Strada. inorder for Him to apply Tennessee law T.C.A.§4-3-603 Dutiles of Commissioner By area (B) → in addition to any other duties provided by law. Due by issue Tennessee Law T.C.A.§ 8-30-316 Employee dismissal, demotion or suspension, notice of Termination. Contents: Appeal, along (a) area → a notice of Termination shall include the reason for (1) the Termination in clear & concise language (2) Shall state the facts that led to the Termination against Morgan County Correctional Complex C/o(s) → C/o Brandon Bunch & C/o Sean Crabtree → & C/o Smith must be Held to the above punishment as a full copy of this Title VI Civil rights Act of 1964 complaint will Be sent into the U.S. district court of Knoxville, TN civil suit division (end)

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                Page 2 of 2                            RDA 2244
Case 3:24-mc-00001-CLC-JEM   Document 1   Filed 01/02/24   Page 5 of 7   PageID #: 5

Mr. Marcus Avery #639164
M.C.C.X
P.O. Box 2000
Wartburg, TN 37887

Tdoc policy
index #501.02
access To Courts
Legal Mail

KNOXVILLE TN 377
27 DEC 2023 PM

Postage sent only

U.S. district Court
Civil division
Ste. 130
800 market Street
Knoxville, TN 37902

RECEIVED
JAN 02 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

